**Order entered October 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00811-CV

### IN THE INTEREST OF A.M.B., A CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-02289**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated September 14, 2018, we directed appellant to notify the Court, within ten days, that she had requested preparation of the record. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, appellant has yet to comply. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than November 2, 2018.

/s/    DAVID EVANS
         JUSTICE